
Dated: 10/7/2021

MOOT IN LIGHT OF AMENDED CLAIM.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| In RE: ) | | | |
| Robert R Menard Jr. ) | | | |
| aka Robert Menard ) | Case No.: | 21-40468 |
| ) | | | |
| Debtor. ) | Chapter: | 13 |
| ) | | | |

OBJECTION TO ALLOWANCE OF CLAIM BY LVNV FUNDING, LLC, CLAIM NO. 9

**NOW COMES** Kris M Danault, by and through his attorney Robert W. Kovacs, Jr., pursuant to Rule 3007 respectfully objects to allowance of the claim filed by LVNV FUNDING, LLC (herein in after "LVNV") claim no. 1, in the above referenced matter. In support thereof Debtor states as follows:

1. This case was commenced by filing a petition under Chapter 13 of Title 11 of the United States Code on June 17, 2021.

2. The §341 Meeting was first scheduled for August 6, 2021.

3. Confirmation of Debtor's Plan is pending

4. Debtor objects to the Proof of Claim filed by LVNV, claim number 9, in full as the debt is stale and completely unenforceable.

5. MGL c 260 § 2 provides:

    Actions of contract, other than those to recover for personal injuries, founded upon contracts or liabilities, express or implied, except actions limited by section one or actions upon judgments or decrees of courts of record of the United States or of this or of any other state of the United States, shall, except as otherwise provided, be commenced only within six years next after the cause of action accrues.

6. Upon review the claim the "last payment date" was "06/29/2012".