**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re<br><br>ROBERT MENARD, JR.,<br><br>    Debtor | )<br>)<br>)<br>)  Chapter 13<br>)  Case No. 21-40468-CJP<br>)<br>) |

**STIPULATION BETWEEN DEBTOR AND CHAPTER 13 TRUSTEE REGARDING TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN**

NOW COMES Denise M. Pappalardo, the Standing Chapter 13 trustee (the "Trustee") and the Debtor and hereby stipulate and agree as follows:

1. The Trustee's Objection to Confirmation shall be sustained.

2. The Debtor shall file an amended plan by December 15, 2021 which provides for a payment of $400.00 for sixty (60) months.

                 Standing Chapter 13 Trustee

Dated: November 16, 2021      /s/ Joanne Psilos
                 Denise M. Pappalardo, Trustee
                 BBO # 553293
                 Joanne Psilos, Staff Attorney
                 BBO # 556997
                 P.O. Box 16607
                 Worcester, MA 01601
                 (508) 791-3300
                 denisepappalardo@ch13worc.com

ROBERT MENARD, JR.
By Debtors' Attorney,

Dated: November 16, 2021

/s/ Robert Kovacs
Robert Kovacs, Esq.
131 Lincoln Street
Worcester, MA 01605
(508)926-8833
BBO# 671497