# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| ROBERT MENARD, JR., | ) Chapter 13 |
| Debtor | ) Case No. 21-40468-CJP |

## MOTION TO APPROVE STIPULATION

NOW COMES Denise M. Pappalardo, the Standing Chapter 13 trustee (the "Trustee"), hereby moves that this Court approve the Stipulation on the Trustee's Objection to Debtor's Chapter 13 Plan.

Standing Chapter 13 Trustee

Dated: November 16, 2021

/s/ Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid.

Dated: November 16, 2021    /s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
denisepappalardo@ch13worc.com

## SERVICE LIST

Robert Kovacs, Esq.
131 Lincoln Street
Worcester, MA 01605

Robert Menard, Jr.
87 King Philip Road
Worcester, MA 01606