Dated: 11/16/2021

THE MOTION IS GRANTED AND THE STIPULATION [DKT. NO. 43] IS APPROVED. THE NOVEMBER 16, 2021 HEARING ON THE CONFIRMATION OBJECTION [DKT. NO. 35] (THE "OBJECTION") IS CANCELLED AS UNNECESSARY. THE OBJECTION IS SUSTAINED. THE DEBTOR SHALL FILE AN AMENDED AND MOTION TO APPROVE THE SAME WITHIN THIRTY (30) DAYS OF THE DATE OF THIS ORDER ADDRESSING THE OBJECTION AND STIPULATION, FAILING WHICH THE CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re<br><br>ROBERT MENARD, JR.,<br><br>Debtor | )<br>)<br>)<br>)   Chapter 13<br>)   Case No. 21-40468-CJP<br>)<br>)<br>) |

## MOTION TO APPROVE STIPULATION

NOW COMES Denise M. Pappalardo, the Standing Chapter 13 trustee (the "Trustee"), hereby moves that this Court approve the Stipulation on the Trustee's Objection to Debtor's Chapter 13 Plan.

Standing Chapter 13 Trustee

Dated: November 16, 2021

/s/ Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com