

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| *In re:* | |
|---|---|
| ROBERT R MENARD, JR., <br> Debtor | Ch. 13 <br> 21-40468-CJP |

**ORDER ON MOTION FOR RELIEF FROM STAY**

The Motion filed by U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT (the "Movant") for Relief from Stay and Co-Debtor Stay [Dkt. No. 53] (the "Motion") having come before the Court, due notice appearing to have been given, no objection thereto having been filed or, if filed, said objection having been withdrawn or overruled, and good cause appearing therefor, including the fact that the debtor has stated the intention to surrender the property that is the subject of the Motion, it is hereby ORDERED that:

1) The Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 and the co-debtor stay provisions of 11 U.S.C. § 1301 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 29 Louis Street, Northbridge, Massachusetts 01525, as more particularly described in the Motion, and apply the proceeds from any sale of such property to the debtor's loan balance secured by such mortgage, and, if necessary, bring eviction proceedings against the debtor, all in accordance with applicable state and federal law.

2) The Movant shall provide the trustee and the debtor with an accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of Movant's mortgage, if any, obtained by the Movant shall be remitted to the trustee upon written request by the trustee or as may be directed by further order of the Court absent written direction provided by the trustee.

3) The Court denies the Movant's request to waive the fourteen-day stay of this Order pursuant to Fed. R. Bankr. P. 4001(a)(3).

Dated: 2/4/2022

By the Court,

Christopher J. Panos
United States Bankruptcy Judge